IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KENNEDY MINNIFIELD, | ) |
| Plaintiff, | ) |
| vs. | ) CV 00-BU-2673-S |
| BIRMINGHAM POLICE DEPARTMENT and LIEUTENANT HENRY IRBY, III, | ) |
| Defendants. | ) |

**ENTERED**
DEC 12 2000

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on November 17, 2000, recommending that the claims against the Birmingham Police Department be dismissed because the Birmingham Police Department is not a proper party defendant to this action and that the claims against Lieutenant Henry Irby, III, be dismissed pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief can be granted. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly,

10

the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this 11th day of December, 2000.

H. DEAN BUTTRAM, JR.
UNITED STATES DISTRICT JUDGE

2